**Opinion issued February 23, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-24-00145-CV**

_____

**IN RE ROY J. ELIZONDO III, Relator**

**Original Proceeding on Petition for Writ of Mandamus**

**MEMORANDUM OPINION**

On February 22, 2024, Roy J. Elizondo III filed a petition for writ of mandamus challenging the trial court's June 20, 2023 order granting partial summary judgment in favor of Cadence Bank, N.A.[1] We deny the petition.

---

[1]  The underlying case is *Cadence Bank, N.A. v. Roy J. Elizondo III and Roy J. Elizondo III PLLC*, cause number 2014-65226, pending in the 234th District Court of Harris County, Texas, the Honorable Lauren Reeder presiding.

Elizondo's request for an emergency stay of the underlying proceedings is dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.